IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JACKSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCC WARDEN, et al.,<br><br>　　　　Defendants. | 1:05-CV-00382-AWI-SMS-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

　　　　Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 29, 2005, the court ordered plaintiff to pay the $250.00 filing fee for this action, or in the alternative, to submit a new completed application to proceed in forma pauperis and a certified copy of his prison trust account statement. See 28 U.S.C. § 1915.

　　　　To date, plaintiff has not paid the $250.00 filing fee. On April 29, 2005, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis was not completed; the application did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff did not file a certified copy of his prison trust account statement. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust

account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     May 16, 2005**            **/s/ Sandra M. Snyder**
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE