IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JACKSON, | 1:05-CV-00382-AWI-SMS-P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF |
| v. | JUNE 29, 2005 [Document #11] |
| SCC WARDEN, et al., | |
| Defendants. | ORDER GRANTING APPLICATION PROCEED IN FORMA PAUPERIS [Document #13] |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2005, the undersigned issued a Finding and Recommendation recommending dismissal of this action due to plaintiff's failure to comply with the court's order of May 17, 2005, which directed plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, or in the alternative, to pay the $250.00 filing fee. On July 8, 2005, plaintiff filed an objection, along with a completed application to proceed in forma pauperis and a certified copy of his trust account statement. In his objection, plaintiff indicated that the delay in submitting the required documents was due to conditions at the prison not within his control. Due to plaintiff's compliance with the order of May 17, 2005, and good cause appearing, the Finding and Recommendation shall be vacated. In addition, because plaintiff has submitted a declaration that makes the showing required by § 1915(a), the application to proceed in forma pauperis shall be granted.

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] An initial partial filing fee of $3.17 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Finding and Recommendation filed June 29, 2005, is VACATED;

2. Plaintiff's application to proceed in forma pauperis is GRANTED; and

3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $3.17. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:   August 25, 2005**           /s/ Sandra M. Snyder
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).